UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Christine Head, on behalf of    ) No.: 3:18-cv-08189-MHB
herself and others similarly    )
situated,                       )
          Plaintiff,            )
v.                              )
Citibank, N.A.,                 )
          Defendant.            )

***** CONFIDENTIAL *****

VIDEOCONFERENCE DEPOSITION OF AMY MULLAHEY

9:37 A.M.

Job #31626

Greensboro, North Carolina

Thursday, March 12, 2020

Reported By:  Marta J. Charles



**EcoScribe Solutions**
www.EcoScribeSolutions.com
888.651.0505

1                 UNITES STATES DISTRICT COURT
2                FOR THE DISTRICT OF ARIZONA

3

4 Christine Head, on behalf of  ) No.: 3:18-cv-08189-MHB

5 herself and others similarly  )

6 situated,                     )

7            Plaintiff,        )

8 v.                         )

9 Citibank, N.A.,            )

10            Defendant.        )

11

12

13              ***** CONFIDENTIAL *****

14

15

16       VIDEOCONFERENCE DEPOSITION OF AMY MULLAHEY

17                 9:37 A.M.

18

19

20

21 Job #31626

22 Greensboro, North Carolina

23 Thursday, March 12, 2020

24 Reported By:  Marta J. Charles

Page 2

```
 1              A P P E A R A N C E S :
 2
 3   Representing Plaintiffs:
 4   GREENWALD DAVIDSON RADBIL PLLC
 5   BY:  MICHAEL GREENWALD, ESQUIRE
 6   7601 North Federal Highway, Suite A-230
 7   Boca Raton, Florida 33487
 8   (561) 826-5477
 9   mgreenwald@gdrlawfirm.com
10   (VIA VIDEOCONFERENCE)
11
12   Representing Defendant:
13   BALLARD SPAHR LLP
14   BY:  DAN McKENNA, ESQUIRE
15   1 East Washington Street, Suite 2300
16   Phoenix, Arizona 85004
17   (602) 798-5400
18   mckennad@ballardspahr.com
19
20
21
22
23
24
```

Page 3

```
 1           E X A M I N A T I O N   I N D E X
 2
 3   Examination        By Whom              Page
 4
 5   Direct          Mr. Greenwald             5
 6   Cross           Mr. McKenna             179
 7
 8             E X H I B I T   I N D E X
 9
10   Exhibit Number      Description          Page
11   Exhibit 1  Notice of Deposition to Citibank, N.A.    5
12   Exhibit 2  List of collections notes          5
13   Exhibit 3  Call log, tab account lookup results     5
14   Exhibit 4  Confidential CITI001434-1435       5
15   Exhibit 5  Confidential CITI1001436-1438      5
16   Exhibit 6  Series of screens that are found in
17            Citibank's host system (FDR)        5
18   Exhibit 7  Consumer Paperless Credit Card       5
19            Application With Electronic Signature
20   Exhibit 8  Address and Phone Number Changing -     5
21            Commercial and Consumer
22   Exhibit 9  Updating Bad Phone Number - Commercial   5
23            and Consumer
24   Exhibit 10  About Cell Phone Capture          5
```

Page 4

```
 1        E X H I B I T   I N D E X   (Cont.)
 2
 3   Exhibit Number      Description          Page
 4
 5   Exhibit 11 Telephone Consumer Protection Act     5
 6            U.S. Commercial
 7   Exhibit 12 Third Layer Quality Check Sample Sizes  5
 8            Targeted Call Review (TCR)
 9   Exhibit 13 Defendant Citibank, N.A.'s Responses   5
10            and Objections to Plaintiff Christine
11            Head's Second Set of Requests for Admission
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 5

```
 1   (WHEREUPON, EXHIBIT NOS. 1-13 WERE MARKED
 2   FOR IDENTIFICATION PRIOR TO DEPOSITION START.)
 3          P R O C E E D I N G S
 4            * * * * * * * * * *
 5   AMY MULLAHEY,
 6   having been first duly sworn,
 7   was examined and testified as follows:
 8   DIRECT EXAMINATION BY MR. GREENWALD:
 9   Q.    Good morning, Ms. Mullahey.
10   A.    Good morning.
11   Q.    My name is Mike Greenwald.  I am an attorney who
12   represents Christine Head.  She is a plaintiff
13   in this matter, and she filed a lawsuit in this
14   matter against Citibank.
15          We're here today because Citibank has
16   designated you as a witness to testify on its
17   behalf in response to a notice of deposition
18   that the plaintiff's served.  Is that your
19   understanding as well?
20   A.    Yes.
21   Q.    I'm going to have a series of questions for you
22   today, and our court reporter, Marta, is going
23   to transcribe my questions as well as your
24   answers.  I, therefore, need you to answer my
```

Page 6

questions by speaking loudly and clearly so -- so -- as our court reporter cannot transcribe a nonverbal response. By that, I mean nodding your head or shrugging your shoulders. Do you understand that?
**A. Yes.**
MR. McKENNA: Mike, just real fast, may I interrupt for one moment?
MR. GREENWALD: Sure.
MR. McKENNA: Can we go off the record?
MR. GREENWALD: Yeah.
(DISCUSSION OFF RECORD.)
Q. (By Mr. Greenwald) So that we have a clear record of what is said today, please wait to start answering my question until I have finished asking it, and I will do my best not to ask you any follow-up questions until you have finished your answer. Is that fair?
**A. Yes.**
Q. I am interested in finding out everything you know about the deposition topics at issue, so I ask that you provide full and complete answers to my questions. Do you agree to do so?

Page 7

**A. Yes.**
Q. On occasion, I may ask a question that you do not understand or that you have difficulty hearing. If that happens, just let me know and I will reword or rephrase or repeat the question as necessary. If you do answer my question, I will take your response to mean that you understood it. Is that fair?
**A. Yes.**
Q. If you need to take a break at any time, let me know. That also goes for Marta and Dan. This is not intended to be an endurance test, by any means.
Can you think of any reason that would prevent you from fully and completely answering my questions today?
**A. No.**
Q. My questions today will be directed to what Plaintiff believes to be the relevant time here in this case, which is August 15th, 2014, through the present, so approximately the last five and a half years. Do you understand that?
**A. Yes.**
Q. And you have agreed to provide your testimony

Page 8

today under oath; is that correct?
**A. Yes.**
Q. And what does that mean to you?
**A. That means that when I answer, I tell the truth.**
Q. Are you currently employed?
**A. Yes.**
Q. And who is your employer?
**A. Citibank.**
Q. Do you know what particular Citibank entity is your employer?
**A. I believe it's Citibank North America.**
Q. What is your current job title?
**A. Director of offshore operations for collections and recovery.**
Q. It that a job specific to credit cards?
**A. Can you explain that a little bit more?**
Q. Yes. Do you remember testifying previously in a case called Revitch versus Citibank?
**A. Yes.**
Q. And my understanding was that your job title had a credit card designation in it; is that correct?
**A. Yes.**
Q. Okay. So what is your full job title?

Page 9

**A. Well, my -- it's not on a piece of paper anywhere for a full job title. So it's director of offshore operations for collections and recovery. So in the -- in the North America credit card business. But -- so when I answer that question, it's going to be some version of that, because it's not on a piece of paper somewhere.**
Q. Okay. To be clear, then, are your responsibilities limited to Citibank credit card business for North America?
**A. Yes.**
Q. As a general matter, what are your duties and responsibilities in your current position?
**A. I am responsible for oversight of all of the offshore vendors that we use to service our branded cards and retail services cards, collections, and recovery accounts.**
Q. Do you have any oversight of North American operations as it pertains to recovery?
**A. No.**
Q. Is there a particular person that has your job position, but with respect to onshore operations?

Page 10

1  A.    Yes.

2  Q.    And who is that?

3  A.    There are several.  There is Michelle Bingle,

4  Gary Goldberg.  Oh, there is a list of people.

5  How many names do you want that manage recovery

6  onshore?

7  Q.    Other than -- well, how many are there, if you

8  know?

9  A.    Well, there's different facets of recovery, so

10  there's operations, there's agencies, attorneys,

11  asset sales, there's a whole litany of processes

12  within recovery that are managed onshore.

13  Q.    Is there a person or people who manage recovery

14  onshore as it pertains to the call center

15  operations?

16  A.    Yes.

17  Q.    And who would that be?

18  A.    That is Michelle Bingle.

19  Q.    For how long have you had your position of

20  director of offshore operations for collections

21  and recovery?

22  A.    Three years.

23  Q.    How long have you been with Citibank?

24  A.    15 years.

Page 11

1  Q.    What was your immediate prior position than the

2  one you have now?

3  A.    I was what we call the chief of staff for

4  collections operations.  Again, same in credit

5  cards, North America credit cards.

6  Q.    And briefly, what were your duties and

7  responsibilities of chief of staff for

8  collections operations?

9  A.    I managed a large project management group that

10  was responsible for partnering -- partnering

11  with our technology team to execute a variety of

12  initiatives.  It could be implementing a new

13  desktop, providing digital channel capability,

14  things like that.  So really, initiation through

15  execution of projects.

16       I also had another team that was

17  responsible for working directly with our risk

18  management team to build and execute strategies

19  around digital channel usage for collections.  I

20  had a business control team that was responsible

21  for daily exception reporting to just basically

22  tell us that, you know, we're doing things

23  correctly.  What was -- I think that's about it.

24  Q.    What does daily exception reporting mean?

Page 12

1  A.    Well, we have -- we have reporting on multiple

2  things, so it's control reports.  So business

3  monitoring and controls.  So things like, you

4  know, making sure we're following FDCPA, making

5  sure we're following internal policies.  Things

6  like that.

7  Q.    Okay.  And for how long were you chief of staff

8  for the -- for collections operations?

9  A.    Five years.

10  Q.    Other than in the Revitch versus Citibank case,

11  have you had your deposition taken before?

12  A.    No.

13  Q.    Did you review your deposition transcript in

14  that case?

15       MR. McKENNA:  Objection to form.

16       You can answer.

17  A.    I don't know if I viewed the deposition or just

18  -- I reviewed something at the end that I

19  signed.  Is that the same thing?

20       MR. McKENNA:  Can we go off the record

21  for a second?

22       MR. GREENWALD:  Yeah.  Yeah.  Just --

23  I understand what you're -- yes, we can go off

24  the record.

Page 13

1       MR. McKENNA:  Thanks.

2       (DISCUSSION OFF RECORD.)

3  Q.    (By Mr. Greenwald)  All right.  Let -- let me

4  start that question again.

5  A.    Yeah.

6  Q.    Have you ever reviewed the deposition transcript

7  from your testimony in the Revitch versus

8  Citibank case?

9  A.    Yes, I did review the transcript.

10  Q.    Okay.  And when did you last review the

11  transcript?

12  A.    It would have been -- I cannot give you a date.

13  It would have been sometime after that.  I don't

14  know the date.  Not --

15  Q.    Okay.  And did you --

16  A.    -- recently.

17  Q.    And did you -- did you testify truthfully in the

18  Revitch case?

19  A.    Yes.

20  Q.    Have you ever testified at a trial before?

21  A.    No.

22  Q.    Have you ever testified at an arbitration

23  before?

24  A.    No.

Page 14

1  Q.    What, if anything, did you do to prepare for
2  today's deposition?
3  **A.    Outside counsel provided me a binder of**
4  **information that I reviewed.  And then they also**
5  **met with me in preparation for today.**
6  Q.    Other than attorneys -- and I don't want to know
7  what you spoke about with any of your attorneys
8  -- did you meet with any nonattorneys to help
9  you prepare for your deposition?
10 **A.    I asked a few questions from various people**
11 **about random things, not specific to the case,**
12 **but that would help me answer, you know,**
13 **questions.**
14 Q.    Who did you speak to who's not an attorney?
15 **A.    Like, I asked a question about a process to a**
16 **lady that works in our -- works with our NICE**
17 **recording.  I asked a question of someone in our**
18 **workforce management team.**
19              MR. McKENNA:  I'll just interpose the
20 objection, Mike, that all of those discussions
21 occurred with Counsel involved for purposes of
22 preparing for the deposition.
23              MR. GREENWALD:  I see.
24 Q.    (By Mr. Greenwald)  Other than -- well, let me

Page 15

1  ask it this way:  Did you have any discussions
2  with anyone about your testimony today where
3  there was not an attorney involved?
4  **A.    About my -- can you clarify the question for me?**
5  **Are you asking if anyone knows that I am working**
6  **with outside counsel today?**
7  Q.    No.  I'm asking if you had any discussions with
8  Citibank employees about your deposition today
9  out -- without having an attorney there.
10             MR. McKENNA:  Objection; form.
11 **A.    Only with my boss who knows that I am conducting**
12 **a deposition today.**
13 Q.    I see.  So in other words, you talked to your
14 boss just to say, I need to be out of the office
15 today to handle this deposition?
16 **A.    Yes.**
17 Q.    Did you speak with your boss about the substance
18 of your testimony?
19 **A.    No.**
20 Q.    Who is your boss?
21 **A.    Steven Dasch.**
22 Q.    And what is Mr. Dasch's position?
23 **A.    He is the director of recovery oper- -- or**
24 **recovery.  I'll just say recovery.**

Page 16

1  Q.    Are you familiar with Citibank's call centers
2  that are in the United States?
3  **A.    Yes.**
4  Q.    Does Citibank still maintain a call center in
5  Jacksonville, Florida?
6  **A.    Yes.**
7  Q.    In Tucson, Arizona?
8  **A.    Yes.**
9  Q.    In Boise, Idaho?
10 **A.    Yes.**
11 Q.    In San Antonio, Texas?
12 **A.    Yes.**
13 Q.    And in Gray, Tennessee?
14 **A.    Yes.**
15 Q.    Other than those call centers, are there any
16 other onshore call centers where Citibank makes
17 collections calls as opposed to recovery calls?
18 **A.    Let me see.  Tucson.  I'm thinking.  No, there**
19 **are no other call centers.**
20 Q.    Does Citibank have call centers in the United
21 States that handle recovery calls?
22 **A.    Yes.  Inbound calls.**
23 Q.    And are those two call centers still located in
24 Kansas Citi, Missouri, and Florence, Kentucky?

Page 17

1  **A.    Yes.**
2  Q.    You mentioned inbound calls.  Are the recovery
3  call centers in the United States only handling
4  inbound calls from customers?
5  **A.    Yes.**
6  Q.    In Citibank's view, what is the distinction
7  between a collections call and a recovery call?
8  **A.    Collections calls are calls that the account is**
9  **still -- it's delinquent in payment but it is**
10 **not written off as a bad debt.**
11 Q.    And what are recovery calls considered?
12 **A.    Recovery calls are where an account is written**
13 **off as a bad debt.  It could be bankrupt.  It**
14 **could be probate.  It could be placed with an**
15 **agency or an attorney.  That's really the**
16 **delineation.**
17              **There are some accounts that are not**
18 **charged -- written off as a bad debt that our**
19 **agency and attorney placed.  Those -- that's the**
20 **exception to the rule I explained.  So those**
21 **would be considered recovery accounts because**
22 **they're managed by the recovery team, but those**
23 **accounts are not written off as a bad debt.**
24 **That's the one exception.**

Page 34

1  possible to do that.
2  Q.    Okay.  So you don't know whether, other than the
3  0023 number, there were ever any other telephone
4  numbers associated with Mr. Bingham's account?
5  A.    Correct.
6  Q.    By looking at Exhibit 2, are you able to
7  determine whether anyone at Citibank spoke with
8  the recipient of a call made on Mr. Bingham's
9  account?
10  A.    There is no record, looking at these -- this
11  notes history, that we ever spoke to anyone.
12  Q.    If Citibank had spoken to anyone as a result of
13  a call made on Mr. Bingham's account, would that
14  be notated?
15  A.    Yes.
16  Q.    Does Exhibit 2 show both inbound and outbound
17  calls?
18  A.    Yes.
19  Q.    And are there any inbound calls on Mr. Bingham's
20  account?
21  A.    No.
22  Q.    If there had been an inbound call on Mr.
23  Bingham's account, would that be notated in
24  Exhibit 2?

Page 35

1  A.    Yes.
2  Q.    If you look at the fourth column on Exhibit 2,
3  it says type and then throughout it says
4  collections.  Do you see that?
5  A.    Yes.
6  Q.    What does that mean?
7  A.    That means that the notes on the account is
8  related to something collections-related.  So
9  it's either generated from a system that
10  collections uses, or you can see -- you can see
11  one in here where a text message was sent, but
12  it's a -- it's a text message that was sent
13  through one of our collections vendors, so it's
14  collections.
15         Or if it's an actual agent, then it
16  would also -- and it's a collection agent, then
17  it would also say collections.
18  Q.    Looking at Exhibit 2, are you able to determine
19  how many outbound calls Citibank placed on Mr.
20  Bingham's account?
21  A.    Yes.  I think I would have to count them up
22  manually.
23  Q.    Yes.  Please do.
24         THE WITNESS:  Do you have a pen,

Page 36

1  please?
2         MR. McKENNA:  Hold on for one second.
3  Let me get her a pad of paper.
4         Or do you want her to mark on Exhibit
5  2 directly?
6         MR. GREENWALD:  Yeah, a pad of paper
7  would be better.
8  A.    There's a lot of pressure to count this down to
9  the individual call.  Can you define for me what
10  you consider -- are you asking for outbound
11  calls, specifically?
12  Q.    Yes.  I'm looking for the number of outbound
13  calls as opposed to text messages.
14  A.    Okay.  Thank you.
15         MR. McKENNA:  Take your time.
16  A.    Okay.  110, according to my count.
17         MR. McKENNA:  And, Mike, I just want
18  to interpose an objection to it, too, that the
19  testimony is based upon her just counting this
20  right now without looking at or confirming
21  disposition codes ensuring that they lap
22  (phonetic).  So I just want to make sure that
23  that's subject to confirmation.
24         MR. GREENWALD:  Okay.

Page 37

1  Q.    (By Mr. Greenwald)  Looking on the right-hand
2  side of Exhibit 2 where it says disposition, are
3  you familiar with the ABT disposition code?
4  A.    Yes.
5  Q.    What does that mean?
6
7
8  Q.    And what does disposition code LMA mean?
9
10
11
12  Q.    Does the LMA disposition mean that Citibank left
13  a prerecorded message?
14         MR. McKENNA:  Objection to form.
15         You can answer.
16
17
18
19
20
21
22  Q.    How are you able to tell by looking at Exhibit 2
23  that all of the LMA dispositions in this case
24  refer to prerecorded messages?

Page 38



6   Q.    I see.  So in -- let me start that over.  So in
7   the notations where it says answer machine
8   detect message left, that signifies to you that
9   it was a prerecorded message left?
10
11   Q.    Looking at Exhibit 2, is it correct that all of
12   Citibank's outbound calls to the 0023 number
13   occurred between October and December of 2017?
14   A.    Yes.  Within this exhibit, yes.
15   Q.    If there were other calls outside of the October
16   to December 2017 time frame, would they be
17   reflected on Exhibit 2?
18   A.    They would be reflected in the notes history,
19   yes.
20   Q.    Okay.  Have you had a chance to look at the
21   notes history for Mr. Bingham's account?
22   A.    No -- yes and no.  So the notes history on his
23   account is archived because it's, as you can
24   see, older.  So I have not looked -- this is all

Page 39

1   I've seen, right here.  Because when it's
2   archived, that means these notes are not on the
3   collections desktop for me to see anymore.  I
4   have to go and request for them to be pulled
5   archived, which is likely what this document is.
6   Q.    Okay.  Let me maybe ask it in a more clear way.
7   Do you have any reason to believe that Citibank
8   made calls on Mr. Bingham's account, other than
9   what is reflected in Exhibit 2?
10   A.    No.
11   Q.    Isn't it correct that Citibank delivered a total
12   of 23 prerecorded messages regarding Mr.
13   Bingham's account from October 2017 through
14   December 2017?
15   A.    I'll need a moment to count those.  I didn't
16   count them separately.  Can you repeat the
17   question, please?
18   Q.    From your review of Exhibit 2, is it correct
19   that Citibank delivered a total of 23
20   prerecorded messages to the 0023 telephone
21   number from October 2017 to December 2017?
22   A.    Yes.
23         MR. McKENNA:  And I will just raise
24   the same objection I did before, Mike, without

Page 40

1   repeating it.
2   Q.    (By Mr. Greenwald)  And Exhibit 2 also --
3   A.    Can -- can I make a clarification, please?
4   Q.    Oh.  Yeah.
5   A.    So the clarification would be that I can see
6   that there were 23 calls made -- answering
7   machine -- or I can see that 23 messages were
8   left on this account during that time period.
9   But in order to know -- I can't tell what phone
10   number it was left on, so I want to clarify
11   that.  I would have to do more research to know
12   for sure it was that phone number at that time.
13   Q.    I understand.  So from looking at Exhibit 2,
14   then, you can determine that Citi delivered a
15   total of 23 prerecorded messages to the account
16   associated with Mr. Bingham from October 2017
17   through December 2017?
18   A.    Correct.
19   Q.    Exhibit 2 also represents text messages on two
20   occasions; one on December 2nd, 2017, and one on
21   November 2nd, 2017.  Do you see that?
22   A.    Yes.  Yes.
23   Q.    And there's also a telephone number in the entry
24   above the text message entry.  Do you see that?

Page 41

1   A.    Yes, I do.
2   Q.    Does that mean that in November and December
3   2017 Citibank sent a text message to the 0023
4   number regarding Mr. Bingham's account?
5   A.    Yes.
6   Q.    Okay.  Does Citibank itself send these text
7   messages, or is this a third-party vendor that's
8   doing it?
9   A.    It's a third-party vendor.
10   Q.    What vendor sent these text messages?
11   A.    I can't tell you.  I can't remember.
12   Q.    Okay.
13   A.    We use multiple vendors and different vendors
14   for each of our digital channels.
15   Q.    Does Citibank send text messages as part of its
16   collection efforts?
17   A.    Do you mean through a third-party vendor?
18   Q.    No.  I meant Citibank itself.
19   A.    No.  We use a vendor for it.
20   Q.    Okay.  And does the vendor use Citibank's Aspect
21   dialer to send text messages?
22   A.    No.
23   Q.    Okay.  So to be clear, then, the two text
24   messages that are referenced on Exhibit 2 were

Page 46

1 the Aspect dialer?

2 A. High level?

3 Q. Yeah. Let me -- let me ask that in a better

4 way. Are you familiar with preview mode on the

5 Aspect dialer?

6 A. Yes.

7 Q. And are you familiar with predictive mode on the

8 Aspect dialer?

9 A. Yes.

10 Q. By looking at Exhibit 2, are you able to

11 determine what mode the outbound calls on Mr.

12 Bingham's account were made?

13 MR. McKENNA: Objection to form.

14 A. I'm going -- no. Yeah, no, I don't know, with

15 -- yeah, I don't know what the -- how the notes

16 would look different in those two situations.

17 Q. Okay. So from looking at Exhibit 2, you're able

18 to determine that all the calls were placed

19 through the Aspect dialer, but you're not able

20 to determine whether the calls were made on

21 predictive mode versus preview mode. Is that

22 right?

23 A. Yes.

24 Q. If you could take a look at Exhibit 3.

Page 47

1 MR. McKENNA: Just for clarity, she

2 has both paper Exhibit 3 and the electronic

3 version in front of her.

4 MR. GREENWALD: Yeah. The paper copy

5 is very difficult to read.

6 Q. (By Mr. Greenwald) Obviously, you're welcome to

7 look at that instead of the electronic version.

8 But I will represent that the paper version of

9 Exhibit 3 is a printout of the electronic

10 version that you have in front of you.

11 MR. McKENNA: Mike, can we clarify

12 that we're looking at tab account lookup

13 results?

14 MR. GREENWALD: Yes. Thank you.

15 Q. (By Mr. Greenwald) Are you familiar with

16 Exhibit 3?

17 A. I have seen it before.

18 Q. What is Exhibit 3?

19 A. It is a -- what I believe it is, is, we can give

20 a phone number to our workforce team that

21 manages our Aspect system. And if we give them

22 a phone number, they can tell us if that phone

23 number has been dialed through our system. Or

24 if it's -- yeah, so it's been dialed, basically.

Page 48

1 And so I believe this report is that. It will

2 tell you what dials were made, how the dials

3 were made, things like that. I'm not intimately

4 familiar with this report, but I have seen it

5 before.

6 Q. Is it your understanding that Exhibit 3, then,

7 represents the outbound calls made through the

8 Aspect dialer to the 0023 telephone number?

9 A. Yes.

10 THE WITNESS: Well -- well, it has --

11 so let me see. Can I see? Because the one on

12 paper is illegible. Can I see where the phone

13 number is on here that says it was that phone

14 number that was dialed? There it is.

15 A. Okay. So looking at the rows on Column S, every

16 line on here has that phone number, that I can

17 see.

18 Q. Okay. So to summarize, then, does Exhibit 3

19 reflect all outbound calls Citibank made to the

20 0023 telephone number through its Aspect dialer?

21 A. Yes, it should.

22 Q. If you can take a look at Column AA where it

23 says target template name?

24 A. Okay.

Page 49

1 Q. What is your understanding of what target

2 template name means?

3 A. I have no idea what that means. This isn't

4 something that I reviewed -- this is not

5 something I review regularly.

6 Q. Understood. Do you see where it says predictive

7 in each of the rows in Column AA?

8 A. Yes.

9 Q. Does that inform you as to whether the calls

10 made through the Aspect dialer to the 0023

11 number were made in predictive mode?

12 MR. McKENNA: Objection.

13 And I'll instruct the witness not to

14 guess.

15 A. The only thing I can say is, it says predictive.

16 That's the only thing that I can say. I don't

17 know. Again, I'm not familiar -- I'm not

18 terribly familiar with this report. This would

19 be something that someone on our workforce team

20 could answer better.

21 Q. Who on the workforce team would you recommend to

22 talk to?

23 A. Probably a gentleman named Matt Roe.

24 Q. Because the 00- -- well, let me try that again.

Page 58

1  Yeah. I'd be guessing beyond that.
2  Q.    Okay.  Do you have an approximation as to what
3  percentage of Citibank credit card accounts are
4  delinquent at any given time?
5  A.    It depends on --
6              MR. McKENNA:  Objection to form.
7  A.    -- portfolio. I don't know the exact numbers,
8  but every portfolio performs differently, and we
9  have dozens of portfolios.
10  Q.    With respect to The Home Depot portfolio, do you
11  have an understanding of the percentage of
12  accounts that are delinquent at any particular
13  time?
14  A.    No.
15  Q.    And across portfolios, do you have a range of
16  expected delinquencies for Citibank credit card
17  accounts?
18              MR. McKENNA:  Objection to form.
19  A.    No, not without guessing.  I mean, it would be a
20  complete guess, and it would have to be a wide
21  range because I don't know for sure.
22  Q.    Okay.  I don't want you to guess.  If you don't
23  know, that's okay.
24              Do you have an understanding as to how

Page 59

1  many accounts in delinquency Home Depot places
2  calls on in a given month?
3              MR. McKENNA:  Objection to form.
4  A.    No, I don't.  I mean, those things are on
5  reports, but not something that I could tell you
6  off the top of my head.
7  Q.    Okay.  Turning back to Exhibit 6.  Are you --
8  you were able to determine that Mr. Bingham
9  opened his account in August 2017?
10  A.    Yes.  It says that on the first page.
11  Q.    Okay.  And on the first page, it also has the
12  0023 telephone number; is that correct?
13  A.    Yes, it does.
14  Q.    Are you able to determine by looking at Exhibit
15  6 whether the 0023 number was a cell phone
16  number versus a landline?
17  A.    Not -- not on this first page, unless it's
18  somewhere else.  It doesn't tell me there.  I'm
19  just going page by page.  It doesn't tell me
20  there.  No.  Okay.  There is a page in here that
21  does tell you.  Well, it's -- I mean, I got
22  about halfway through.
23  Q.    What page number are you on?
24  A.    1412.

Page 60

1  Q.    Okay.  And what does that tell you?
2  A.    If you look at the number with the 0023, to the
3  right of it, it says type, and the W means
4  wireless.
5  Q.    What does the 8/31/2017 date signify?
6  A.    You know, I don't know.  I don't know if that
7  signifies the date that number was received, or
8  -- I don't know.  I actually don't know.  This
9  isn't something that I look at on a regular
10  basis.
11  Q.    Okay.  Who -- who at Citibank would you
12  recommend I'd speak with about account notes
13  like Exhibit 6?
14  A.    I don't have a name of some -- these are --
15  since these are host notes, in collections, we
16  don't use these as normal practice.  So we'd
17  probably have to go and find someone that could
18  -- that knows and utilizes these host notes for
19  you.  But I don't -- I don't know who that would
20  be to give you a name right this second.
21  Q.    Do you have an understanding as to how Citibank
22  designated the 0023 number as wireless?
23  A.    Yes.
24  Q.    How did that happen?

Page 61



Christine Head vs Citibank
Amy Mullahey March 12, 2020  Confidential

Job 31626
Pages 62..65



Page 62

23  Q.    Is that an automated process you just described
24  where the accounts are updated as bad numbers?

Page 63

1  A.    I will say it's not a manual, like, human being
2  process.  It's some level of automated, yeah.
3  It might be through, like, batch processing, or
4  -- I don't know.  I just know that we don't get
5  lists that then agents actually type in.  It's
6  nothing like that.
7
8
9
10
11
12
13
14
15  Q.    Is there a person at Citibank that's in charge
16  of that relationship and process with Neustar?
17  A.    Yeah.  There are -- there are a few people.
18  We'd probably need to get you a contact, because
19  we have -- some of those roles have changed,
20  right?  So we'd have to get you the name of,
21  like, the best person that could talk to it.
22  Q.    Okay.  As you sit here today, do you know of any
23  names of those people?
24  A.    No, because again, it did change -- yeah, the

Page 64

1  gentleman that was the primary contact there
2  left the company recently.  And so I'm not as
3  familiar with the new people.  So...
4  Q.    Who's the person who left the company?
5  A.    His name was Todd Meeks.
6  Q.    Can you spell the last name?
7  A.    M-e-e-k-s.
8  Q.    Oh.  Meeks.  Okay.  Thank you.
9  A.    Sure.
10  Q.    This Neustar process that you've described where
11  it is identifying wireless versus landline
12  numbers, do you think that goes back more than
13  three years?
14
15
16
17
18
19
20  Q.    What FCC guidance are you referring to?
21  A.    The FCC provided some guidance in 2015 that --
22  interpretation on TCPA around multiple things,
23  like auto dialing and things like that.
24  Q.    Okay.  Does Neustar look at all telephone

Page 65

1  numbers in Citibank's system of record, or just
2  a certain segment of them?
3  A.    My understanding is they look at all.
4  Q.    And with respect to credit card accounts, is
5  that all phone numbers associated with credit
6  card accounts?
7  A.    Yes.  Anything beyond credit cards, I wouldn't
8  know.
9  Q.    Okay.  Going back to the deposition topic number
10  6.  Is it correct that the purpose of all of the
11  calls Citibank placed to the 0023 number was to
12  reach Mr. Bingham about his delinquent Home
13  Depot credit card account?
14  A.    Yes.
15  Q.    Were any of Citibank's calls to the 0023 number
16  intended for Christine Head?
17  A.    No.
18  Q.    Are you aware if Christine Head has ever had a
19  Citibank credit card account?
20  A.    I did look, just to see.  It's, unfortunately, a
21  common name.  But all I had was her name, so we
22  do have plenty of accounts under Christine Head,
23  but I don't -- I assumed, since this was opened
24  in Arizona, that she probably lives in Arizona.

Page 66

1  So I guess the short answer is no, I didn't find
2  one that I could definitely say was hers.
3  Q.     Did you find any Christine Heads with a Citibank
4  credit card account in Arizona?
5  A.     No.
6  Q.     And by searching for a name, are you able to
7  determine whether a person had a credit card
8  account with Citibank from 2014 through the
9  present?
10         MR. McKENNA:  Objection to form.
11  A.     Yeah, well, what I can say is this.  I searched
12  the name in the collections systems,
13  specifically.  I did not search it in the host
14  systems.  So I looked in the collections system
15  to see if there was -- so that's going to tell
16  me if there's a collections account.  And I only
17  used the first name and the last name.  So if
18  there's any misspelling, or if it's C. Head, or
19  a middle initial, or anything like that, that's,
20  you know, going to change things.  So that's the
21  extent of what I looked at in the collections
22  system with those -- first and last name.
23  Q.     I see.  So in other words, you were not able to
24  find a Christine Head in Arizona who had a

Page 67

1  credit card account in collections --
2  A.     Yes.
3  Q.     -- at any point in the last five years?
4  A.     Well, whatever the history tells me.  I don't
5  know how -- I don't know how long the history
6  gives me into the collections system.
7  Q.     I see.  All right.  If given a particular name,
8  are you able to determine whether a person with
9  that name had a credit card account in
10  collections from August 2014 through the
11  present?
12  A.     What I would probably say is, it would probably
13  make the most sense to pull it up in the host
14  system, because that's the system of record for
15  all accounts.  And I would start there by using
16  the name.  But the name will have to be an exact
17  match.
18         And then pull out the records by that
19  name, and then go through them individually -- I
20  mean, you could look for a state, right?  But
21  that doesn't mean that that address hasn't
22  changed.  So somebody could live in Colorado
23  today but lived in Arizona three years ago.  So
24  -- so you have to go through each individual

Page 68

1  account and pull them up.  And then you would
2  find out, were they in collections.
3         I did a quick, current search of the
4  collections system to see if there was an
5  account right now in collections.  And even
6  doing that, I had to pull up each single
7  Christine Head account individually.
8  Q.     With respect to the system of record, then, can
9  Citibank search for a name to determine whether
10  that -- a person with that name had a Citibank
11  account at any point from August of 2014 through
12  the present?
13  A.     Yes.
14         MR. McKENNA:  Objection to form.
15  A.     With that exact name.  So whatever you type in
16  there is exactly what the system will match to.
17  So if -- if it's -- if there's an exact match,
18  it will find a record of that customer's
19  account.
20  Q.     And that's true from August 2014 through the
21  present?
22  A.     Yes.  There's one exception that I am not sure
23  about, and that's accounts that are sold.  So I
24  don't -- yeah.

Page 69

1  Q.     I see.  So if Citibank has sold an account,
2  you're not sure if Citibank will still have a
3  record of a person by that name having an
4  account?
5  A.     Yeah.  I don't know what the retention policy is
6  on things like that.  Or if you also think about
7  -- we have contracts with these partners, so we
8  may have a contract for, you know, five years,
9  and so we're working with the consumers.  And
10  then that contract expires, and then that
11  portfolio goes to Capital One and then those
12  records move.  So there's -- there are movement
13  things like that, that occur.  And I -- I
14  couldn't answer some of those -- I couldn't
15  answer those questions.
16  Q.     Do you know who would be the right person to ask
17  those questions?
18  A.     It would probably have to be somebody in the
19  front end of the business that is more familiar
20  with the FDR system.
21  Q.     And as you sit here today, do you have an
22  understanding of who that person is?
23  A.     No.  I couldn't give you a name today.
24  Q.     Okay.  If given a social security number, can

Page 70

1  Citibank determine whether a person with that
2  social security number had a credit card account
3  from August 2014 through the present?
4  **A.    It's the exact same answer as the name.**
5  Q.    Meaning that Citibank can search for that social
6  security number, and may have a record,
7  depending on whether it still has the account?
8  **A.    Yes, same thing.  So with that exact same social**
9  **security number, if there's an exact match --**
10  **and the match would have to be today, too --**
11  **well, most people -- I mean, people don't**
12  **generally change their social security numbers.**
13  **But, yeah, so it would have to be on the record**
14  **to match.**
15  Q.    Is your understanding that the FDR system can
16  also be searched by a 10-digit telephone number
17  to identify any or all credit card accounts that
18  had a particular telephone number from August
19  2014 through the present?
20  **A.    I don't know -- I actually don't have access to**
21  **the host system, so I don't know.  Like, when we**
22  **start talking about additional searches, I don't**
23  **know what all the capable searches are.**
24  Q.    Okay.  But as we discussed earlier, though,

Page 71

1  Citibank is able to search its collections
2  systems by 10-digit telephone number to
3  determine any accounts in collections associated
4  with a particular telephone number; is that
5  right?
6  **A.    Yes.  As long as that telephone number's still**
7  **on that account record as active.**
8  Q.    Looking back at Exhibit 6, on page 1412, do you
9  see where it says flag and then B?
10  **A.    Yes.**
11  Q.    What does that mean?
12  **A.    The flag means that -- well -- well, that's a**
13  **phone indicator flag, so it indicates something**
14  **about that phone number.  So we use a variety of**
15  **flags that say something about the phone number.**
16  **So the phone number might be a cease-and-desist,**
17  **it might be a do not call, it could be a lot of**
18  **different things.  So there's a grid that tells**
19  **you what the phone flags mean, and they're**
20  **different for the two host systems.**
21  Q.    Okay.  Do you have an understanding as to
22  whether that B flag signifies a bad number?
23  **A.    I'd need to look at the grid.  But I do not**
24  **believe that it means bad in FDR.  But there is**

Page 72

1  **a grid in one of the exhibits that -- or**
2  **somewhere, that we could look at.**
3  Q.    Do you know what exhibit you're referring to?
4  **A.    It might have been a procedure, one of our**
5  **procedures.**
6  Q.    Okay.  Well, we'll come back to that, then --
7  **A.    Okay.**
8  Q.    -- when we get through the procedure manual.
9         But if you can take a look at the
10  third page of Exhibit 6, which is Citibank 1401?
11  **A.    Yes.**
12  Q.    And on the top left where it has the 0023
13  number, do you see the B next to that as well?
14  **A.    Yes.**
15  Q.    Is your understanding that that B is also a
16  phone flag?
17  **A.    Yes.  It makes sense that it is.**
18  Q.    Okay.  Is Exhibit 6 a true and correct copy of
19  the account records in Citibank's possession
20  concerning Jack Bingham's Home Depot credit card
21  account?
22  **A.    As far as I know, yes.**
23  Q.    Other than The Home Depot account that we've
24  been talking about, did Mr. Bingham have any

Page 73

1  other Citibank accounts?
2  **A.    I don't know.  I didn't look.**
3  Q.    Other than Mr. Bingham's account, did Citibank
4  have any other accounts associated with the 0023
5  telephone number?
6  **A.    I don't know.  I didn't look at that, either.**
7  Q.    All right.  Let's look at Exhibit 7.
8         MR. McKENNA:  Okay.  She has Exhibit 7
9  in front of her.
10  Q.    (By Mr. Greenwald)  Exhibit 7 is a one-page
11  document numbered Citi 1431 that's titled
12  "Consumer Paperless Credit Card Application with
13  Electronic Signature."  Are you familiar with
14  Exhibit 7?
15  **A.    I have seen it as it's represented here in this**
16  **case, but not prior.**
17  Q.    Okay.  Do you know how Citibank obtained Exhibit
18  7?
19  **A.    No, I do not.**
20  Q.    What is Exhibit 7?
21  **A.    Well, I -- seeing this for the first time,**
22  **having never seen one of these before, I just**
23  **read it to be that there was an application**
24  **provided that was not on paper, so it must have**

Page 74

1  been verbal somehow.  And it has some
2  information that he would have provided, and
3  then he somehow signed it with something.
4          I mean, I -- I can't tell you much
5  beyond what you see on the piece of paper,
6  because this is something I've never seen
7  before.
8  Q.    Okay.  Do you have an understanding, then, as to
9  whether the information on Exhibit 7, in
10 particular that 0023 telephone number, was
11 provided by Mr. Bingham?
12 A.    I wouldn't know that unless I was there at the
13 time.
14 Q.    Okay.  And it's your understanding that Mr.
15 Bingham opened this account at a Home Depot
16 store as opposed to a Citibank branch?
17 A.    Yeah.  I am assuming that, yes, because at the
18 bottom there is a store number and a store
19 employee code.  So that would lead me to believe
20 that this was an application taken at the store.
21 Q.    Okay.  Is there any person at Citibank that you
22 think would be the appropriate person to talk to
23 about Exhibit 7?
24 A.    Not that I would know.  We -- I'm sure there's

Page 75

1  somebody that's more familiar with this on the
2  -- again, on the front end of the business where
3  we do credit applications for The Home Depot.
4  Q.    Okay.  Turning to deposition topic number 8, did
5  Citibank have prior express consent to call Mr.
6  Bingham on his cellular telephone number?
7  A.    Yeah.  Because Mr. Bingham gave us the number at
8  point of application, according to this
9  document, then we would consider that as
10 consent.
11 Q.    In other words, if -- if Mr. Bingham provided
12 his telephone number to Citibank, Citibank takes
13 that to mean that it has prior express consent
14 to place calls to Mr. Bingham's cell phone with
15 an automatic telephone dialing system or a
16 prerecorded voice?
17         MR. McKENNA:  Objection to form.
18         You can answer.
19 A.    Prior -- I think you got me confused on the
20 "prior" part.  So if -- if a customer gives us
21 their phone number, then that is considered
22 consent to use that number going forward through
23 an auto dialer and texting.
24 Q.    Okay.  Have you seen any evidence that Christine

Page 76

1  Head provided the 0023 telephone number to
2  Citibank?
3  A.    No.
4  Q.    Turning to deposition topic number 9, after
5  receiving the 0023 telephone number in August
6  2017, did Citibank take any steps to verify
7  whether that 0023 number, in fact, belonged to
8  Mr. Bingham?
9  A.    I'm not aware of any, no.
10 Q.    Is it Citibank's practice to take any steps to
11 verify whether telephone numbers provided to it
12 by its credit card customers do, in fact, belong
13 to those customers?
14         MR. McKENNA:  Objection to form.
15         You can answer.
16 ████████████████████████████████████
17 ████████████████████████████████████
18 Q.    And has that been true from August 2014 through
19 the present, that other than Neustar, Citibank
20 does not take steps to verify whether the
21 telephone numbers provided by its customers
22 actually belong to them?
23         MR. McKENNA:  Objection to form.
24 A.    Not that I know of.

Page 77

1  Q.    Turning to deposition topic numbers 11 and 12,
2  does Citibank have any procedures in place for
3  when a call recipient informs it that it is
4  calling the wrong number?
5  A.    Yes.
6  Q.    And with respect specifically to credit card
7  accounts in collections, what does Citibank do
8  if a call recipient tells Citibank that it is
9  calling the wrong number?
10 ████████████████████████████████████
11 ████████████████████████████████████
12 ████████████████████████████████████
13 ████████████████████████████████████
14 ████████████████████████████████████
15 ████████████████████████████████████
16 ████████████████████████████████████
17 ████████████████████████████████████
18 ████████████████████████████████████
19 ████████████████████████████████████
20 ████████████████████████████████████
21 ████████████████████████████████████
22 ████████████████████████████████████
23 ████████████████████████████████████
24 ████████████████████████████████████



**Page 78**

22  Q.    Is that two-step process that you just
23  described, has that been consistent from August
24  2014 through the present?

**Page 79**

1  A.    Yes.
2  Q.    So am I understanding correctly that the first
3  step is a disposition code made on the dialer --
4  **A.    It's a --**
5  Q.    -- and the second step -- I'm sorry.  Go ahead.
6  **A.    I'm sorry.  I cut you off.  Go ahead and finish.**
7  Q.    Is -- is the first step a disposition code
8  that's made with respect to the Aspect dialer?

**Page 80**

3  Q.    So when Citibank is making an outbound call in
4  predictive mode, am I understanding you
5  correctly that a window with that particular
6  person's account will pop up when the dialer
7  transfers the call to an agent?
8  **A.    Yes.**
9          MR. McKENNA:  Objection to form.
10         **THE WITNESS:  Oh.  Sorry.**
11 **A.    Yes.**
12 Q.    How many calls each day are Citibank agents
13 handling?
17 Q.    So is it fair to say, then, that for a given
18 eight-hour day, each outbound dialer agent for
19 Citibank will handle more than 100 calls?
20         MR. McKENNA:  Objection to form.

**Page 81**

3  Q.    Well, you mentioned that calls will stop to a
4  telephone number that has been designated as a
5  wrong party?
6  **A.    Yes.**
7  Q.    Does that -- does dispositioning a call as wrong
8  party in the dialer system without taking the
9  second step of dispositioning the number as a
10 wrong party in the collections system, will that
11 stop calls to that particular number?
18 Q.    I see.  So if an agent dispositions a telephone
19 number as a wrong party in the dialer system,
20 that will stop calls being made for three days;
21 is that correct?
22 **A.    Yes.**
23 Q.    But unless the agent also dispositions the code
24 as a wrong party in the collections system, the



Page 82

1  calls could then continue after that three days?
2          MR. McKENNA:  Objection to form.
3          You can answer.
4  **A.     We -- well, we have a business monitoring**
5  **process that reviews those to ensure that that**
6  **doesn't happen.**
7  Q.     Can you explain that to me?
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 83

1
2  Q.     For how long has Citibank used this daily report
3  procedure to ensure that both steps of the two-
4  step wrong party process are followed correctly?
5  **A.     At least three years, because the report is**
6  **managed by one of my teams, and I've been in**
7  **this role for three years.  So at least three**
8  **years.**
9  Q.     Do you know whether that same process was in
10 effect from August 2014 forward?
11 **A.     No, not off the top of my head.**
12 Q.     Is it correct, then, that there is a daily
13 report created that shows all calls that are
14 dispositioned as wrong party?
15 **A.     Yes.**
16 Q.     And has that daily report been generated over at
17 least the last three years?
18 **A.     Yes.**
19 Q.     Do you have an understanding as to approximately
20 how many telephone numbers on average are on
21 that daily report?
22 **A.     Well, I think the thing that -- I don't.  But I**
23 **will say this, that wrong party doesn't mean we**
24 **reached a person on the other end of the phone**

Page 84

1  **that said the number was wrong.  It's a much**
2  **broader group than that.  So when the report is**
3  **worked, you have to read through the notes and**
4  **look and see what happened, because it doesn't**
5  **mean someone on the other end of the phone**
6  **answered it.**
7  Q.     Okay.  We'll come back to that in a second.
8          Who -- who is the employee that you
9  referenced who is in charge of that daily party
10 report?
11 **A.     It's under my team.  It's actually worked**
12 **offshore under my team, one of my team members.**
13 Q.     And who in particular is that person?
14 **A.     Oh.  His name is Shobhit Malik.**
15          **THE WITNESS:  You're going to need me**
16 **to spell that.  S-h-o-b-h-i-t, last name Malik,**
17 **M-a-l-i-k.**
18 Q.     (By Mr. Greenwald)  Where is Mr. Malik located?
19 **A.     He is located in Mumbai, India.**
20 Q.     Okay.  You mentioned that a wrong party
21 disposition is broader than when a call
22 recipient tells Citibank that they've got the
23 wrong number; is that right?
24 **A.     Yes.**

Page 85

1  Q.     Okay.  If a call recipient tells Citibank that
2  Citibank has the wrong number, is the correct
3  disposition wrong party?
4  **A.     Yes.  It's -- I don't know what it -- I can't**
5  **remember if it says wrong party, wrong person,**
6  **something along those lines, in the -- in the**
7  **collections desktop.**
8  Q.     Other than the example of a person telling
9  Citibank that it's calling the wrong number,
10 what other categories or instances are
11 dispositioned as wrong party?
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 94

[REDACTED]

4   Q.     All right.  Are you aware if the daily wrong
5   number report also has the phone number at
6   issue?
7   A.     Yes, it -- it would.  It would have to, yes.
8   Q.     Does the report also have the name of the person
9   on whose account Citibank was calling?
10  A.     I'm not sure.
11  Q.     All right.  Are you aware of any breakdowns in
12  the procedures, whereby, even though a call was
13  dispositioned as a wrong party, a subsequent
14  call was made to that telephone number without
15  an intervening event, such as a person telling
16  Citibank that the number was, in fact, correct?
17  A.     That was a very long question.  Am I aware --
18  when you say a procedural breakdown, what do you
19  mean by that?
20  Q.     Yeah.  Let me -- let me try to do this in a
21  better way.  As we discussed earlier, if an
22  agent enters the wrong party disposition in the
23  collections system, that will stop all future
24  calls to that number; is that right?

Page 95

1   A.     Yes.
2   Q.     Are you aware of any instances where the process
3   of entering a wrong party -- excuse me --
4   disposition in the collections system did not
5   cause calls to stop to that particular telephone
6   number?
7   A.     Not specifically, no.
8   Q.     And what I'm trying to get at is whether you are
9   aware of any breakdowns where telephone numbers
10  dispositioned as wrong parties were, in fact,
11  dialed when they were not supposed to be?
12  A.     Not that I remember.
13  Q.     Does Citibank retain the daily wrong party
14  reports?
15         MR. McKENNA:  Objection to form.
16         You can answer.
17  A.     We do, but I don't know how -- for how long.
18  Q.     Would that be a question for Mr. Malik?
19  A.     Yeah.  I mean, he could -- yeah, he would
20  probably be able to tell us.  He's just -- he's
21  just closer to that than I am.
22  Q.     If you could, take a look at Exhibit 8.  And
23  Exhibit 8 is Bates-numbered Citi 1606 through
24  Citi 1633.

Page 96

1   A.     Okay.
2   Q.     Are you familiar with Exhibit 8?
3   A.     Yes.  I've seen it as part of this case.  And it
4   is a procedure that we have, although, I don't
5   think this is an up-to-date procedure.  It's
6   not.  Yeah, so this is -- this is -- yeah, so
7   that -- I guess that's the answer.  Yes, I have
8   seen it.  Yes, it's not the most recent.
9   Q.     Okay.  So in other words, for the procedure that
10  is Exhibit 8, is it correct that Citibank
11  periodically updates this policy and procedure?
12  A.     We do -- like, all policies and procedures are
13  updated regularly.  And -- and some of them are
14  retired, and then we use a -- we start a new
15  one.  So yeah.  Yes.
16  Q.     Okay.  All right.  Is Exhibit 8 a true and
17  correct copy of a Citibank business record?
18  A.     Yes.
19         MR. GREENWALD:  Dan, is Citi willing
20  to stipulate that all of the policy and
21  procedure guidelines that were produced in this
22  copy are true and accurate copies of business
23  records?
24         MR. McKENNA:  I mean, we produced them

Page 97

1   in response to requests for policies and
2   procedures.  I do think that there is some
3   nuance there as to whether or not the applicable
4   time periods that they apply to, and whether
5   they applied to time periods at all, for
6   example, mentioning that some of them have been
7   retired.  But beyond that, yes.
8          MR. GREENWALD:  Okay.
9   Q.     (By Mr. Greenwald)  Are -- is Citibank's policy
10  and procedure that is Exhibit 8 -- or at least a
11  recent version of Exhibit 8, are those
12  distributed to call center employees?
13         MR. McKENNA:  Objection to form.
14         You can answer.
15  A.     They are -- I guess the -- the word there that's
16  the key is distributed.  Can you define what you
17  mean by "distributed"?
18  Q.     Yes.  Are you drawing the distinction between
19  policies that are handed to people versus
20  policies that are available through an agent's
21  desktop?
22  A.     Yes.
23  Q.     Okay.  So for Exhibit 8, in its current form,
24  would that be available to Citibank call center

Page 102



5   Q.    I see.  So I don't want you to assume anything,
6   but do you have any reason to believe that the B
7   indicator meaning changed to something
8   different, and then back to consent to call and
9   text from 2014 through today?
10  A.    I don't think -- I don't think so.  But I do --
11  like I said, I do know that we have changed some
12  indicators.
13  Q.    So it's your understanding, then, that the B on
14  Mr. Bingham's account for the 0023 telephone
15  number means that Citibank has consent to call
16  and text that number?
17  A.    Yes.
18  Q.    So could Citibank still today call the 0023
19  number looking for Mr. Bingham?
20  A.    If the phone number still had a B on it.
21  Q.    Has Citibank undertaken any steps to make sure
22  that additional telephone calls are not placed
23  to the 0023 number looking for Mr. Bingham?
24          MR. McKENNA:  Can I -- I just want to

Page 103

1   instruct the witness not to testify to anything
2   she's been told by in-house or outside counsel.
3   So to the extent you have to disclose that, to
4   answer that question.
5          THE WITNESS:  Okay.
6   A.    What I will tell you is, when I pulled Mr.
7   Bingham's account up recently, he did -- that
8   phone number is still there, but it does not
9   have a B on it.
10  Q.    I see.  What flag does Mr. Bingham's account
11  have on it now?
12  A.    I think it's a C.
13  Q.    Okay.  So is it your understanding, then, that
14  from the time Mr. Bingham's account notes were
15  gathered to be produced in this litigation,
16  until today, the phone indicator was changed
17  from a B to a C?
18          MR. McKENNA:  Objection to form.
19          Same instruction.
20  A.    Yeah.  So when I looked at the account -- I
21  looked at it briefly.  And, again, as I
22  mentioned, the collections notes were archive.
23  So I didn't -- I didn't look in that detail to
24  see what date was it changed and what was it a

Page 104

1   result of.  I didn't look at that detail.  But
2   when I pulled it up, I did look and see that it
3   was a C.
4   Q.    Approximately, when did you look at Mr.
5   Bingham's account and notice that the indicator
6   for a phone was a C?
7   A.    I definitely looked at it yesterday, and I
8   believe, the day before.
9   Q.    So is it fair to say, then, that as of at least
10  this week, the phone indicator on the 0023
11  number is a C?
12  A.    Yes.
13  Q.    And what does a phone indicator of C mean?
14
15
16  Q.    Can Citibank place calls to telephone numbers
17  with a C phone indicator?
18  A.    No.
19  Q.    Are you familiar with an E phone indicator in
20  the FDR system?
21  A.    As it relates to -- on this grid.
22  Q.    How would a phone indicator of E be placed on a
23  particular telephone number?
24  A.    I don't think that's one that agents use.  Hang

Page 105

1   on.  I need to go back.  Well, I don't have the
2   current procedure, either.  But let me even look
3   in this procedure.  It's actually not one I see.
4   Q.    Okay.  So your understanding is that agents do
5   not use an E phone indicator?
6
7
8
9
10
11
12
13
14
15
16
17  Q.    Okay.  Okay.  You can put away Exhibit 8.
18  A.    Okay.
19  Q.    If you could, take a look at Exhibit 9 which is
20  numbered Citi 3293 through 3308.
21  A.    Sorry.  My packet has more than one exhibit, I
22  think, attached, stapled.  So...
23          MR. McKENNA:  I am removing -- it
24  looks like Exhibit 10 was also attached to

Page 114

1 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

2 Q.     I see.  So if a person provides Citibank with
3 his name, telephone number, and if necessary,
4 social security number, and says that he has
5 never been a Citibank customer, but he received
6 calls from Citibank, could Citibank take that
7 information and look in its system to verify
8 whether this person is telling the truth or not?
9          MR. McKENNA:  Objection to form.
10 A.     Well, again, we would -- if -- in a situation
11 where they -- they said that they were the wrong
12 party, we would just say okay, and, you know,
13 that would be it.
14          But in a situation where we needed to
15 investigate it, then we would do the process
16 that I just outlined.  We would have to start
17 with the dialer, the workforce team, have them
18 pull the records, and then we'd tried to find
19 accounts associated, probably just the same way,
20 you know, that I would imagine was likely done
21 here for this case, based on the fact that many
22 of the documents here are exactly as I'm
23 describing the way that we research.
24 Q.     Is the process you described what Citibank

Page 115

1 undertook to investigate Ms. Head's claim that
2 she received wrong number calls from Citibank?
3 A.     I can -- I can say that it appears to be very
4 similar based on the exhibits that are in here.
5 Q.     And through its investigation, was Citibank able
6 to determine that the calls that Ms. Head said
7 she received were, in fact, intended for one of
8 its own customers?
9          MR. McKENNA:  And I need to object,
10 and instruct the witness not to answer, if she
11 only knows as a result of a legal investigation.
12          And just, by way of reminder, Mike,
13 the investigation that was performed into the
14 claim was -- was post filing, or at least threat
15 of litigation here.
16          MR. GREENWALD:  I understand.
17          MR. McKENNA:  So I don't want to --
18 you know, with respect to the investigation that
19 was done, it was done through the legal
20 department, and I don't want the witness to
21 testify to that.
22          So I'm sorry.  Just for clarity,
23 unless you can testify to the investigation that
24 was performed without explaining what you were

Page 116

1 told by any counsel, you have to say you can't
2 testify.
3          THE WITNESS:  Right.  And -- and I --
4 that is true.
5 A.     I can only tell you what I see here with the
6 exhibits that have been put in front of me.
7 Q.     Based on your review of the account records and
8 phone logs in this case, were you able to
9 conclude that calls to the telephone number at
10 issue were intended for Jack Bingham and not
11 Christine Head?
12 A.     Yeah.  I can confirm that there were calls made
13 to the 0023 number in relation to Mr. Bingham's
14 account, thinking that it was his phone number.
15 So yes to that.
16 Q.     And based on your investigation, you had not
17 identified any credit card accounts belonging to
18 Christine Head in the state of Arizona; is that
19 correct?
20 A.     Based on solely her first and last name, which
21 was the search criteria I used, yes.
22 Q.     Was Christine Head's name also on Mr. Bingham's
23 account?
24 A.     I can tell you it is not when I looked at it

Page 117

1 yesterday and, like, the day before.  It's not
2 on there.  I don't know if it was ever on there
3 or not, but it wasn't when I looked.
4 Q.     Is Citibank able to generate a list of all
5 telephone numbers that have a wrong party
6 indicator on them?
7 A.     A list of all -- for what time period?
8 Q.     August 2014 through the present.
9 A.     I don't think so, because we didn't -- we didn't
10 keep records that far back of -- yeah.  So you
11 would've -- you'd have to go, again, back into
12 the individual accounts to see -- we didn't keep
13 change control on phone indicator changes, is
14 what I'm trying to say, back that far.
15          So you would literally have to go into
16 an account, pull all of the notes, the archive
17 notes, everything, and then read through them
18 and say, when did indicators change.  And then
19 you could build your history at the account
20 level detail.
21          We do have a database now that does
22 keep history of indicator changes at the phone
23 number level.
24 Q.     Okay.  I think I understand what you're saying.

Christine Head vs Citibank
Amy Mullahey March 12, 2020  Confidential

Job 31626
Pages 118..121

Page 118

1  But I want to, I guess, break it down into a few
2  pieces so that the record is clear.
3          Is it correct, then, that at some
4  point in time after August 2014, Citibank began
5  logging the date that a phone number indicator
6  changed?
7  A.   Yes.
8  Q.   And that would be, for example, when a phone
9  number indicator changed to indicate wrong
10 party?
11 A.   That would be one example.  It's any indicator
12 change at all.
13 Q.   Does that include a cease-and-desist?
14 A.   Yes, all of them.  So all of them that we have
15 in our inventory that we use.
16 Q.   When did Citibank begin logging changes of its
17 phone indicators?
18          MR. McKENNA:  Objection to form.
19          You can answer.
20 Q.   (By Mr. Greenwald)  Let me -- let me ask that
21 again.  When did Citibank begin logging the date
22 of the change in its phone indicators?
23 A.   Sometime in 2017.
24 Q.   Do you know if that was first half of 2017 or

Page 119

1  second half?
2  A.   I don't.
3  Q.   So from at some point in 2017 through the
4  present, can Citibank generate a list of all
5  telephone numbers that had a phone indicator
6  change to a wrong party?
7  A.   Yes, I believe they could.  I mean, yes.
8  Q.   And is it your understanding that Citibank has,
9  in fact, done that for this case?
10 A.   No, I do not know that.
11 Q.   Are you familiar with listings of telephone
12 numbers and account numbers that were produced
13 to the plaintiff in this case?
14 A.   No.
15 Q.   Have you -- are you aware of Citibank generating
16 a list of those telephone numbers with a phone
17 indicator change that happened from that 2017
18 time period through today?
19 A.   No, I'm not.
20 Q.   Okay.  But you believe it can be done?
21 A.   Yeah.  I mean, based on the information that's
22 in the data -- I mean, I'm not, you know, an
23 expert on the database.  But based on the
24 information that's in the database, yes, because

Page 120

1  it's tracking those indicators over that period
2  of time, and any change is tracked with a date.
3  That's my understanding.
4  Q.   Are you aware if Citibank can also generate a
5  list of telephone numbers with a phone indicator
6  change to wrong party from 2017 through the
7  present that Citibank also designated as a
8  wireless number through Neustar?
9          MR. McKENNA:  Objection to form.
10
11
12
13
14
15
16
17
18
19
20
21
22 Q.   Correct.
23 A.   Yes.  Now, what I don't know is if they keep
24 record of the device type changes, because

Page 121

1  people are porting numbers these days, so I
2  don't know -- I don't know that part.
3  Q.   Is Citibank also able to generate a list of
4  telephone numbers from approximately 2017
5  through the present where the phone indicator
6  changed to a cease-and-desist?
7          MR. McKENNA:  Objection to form.
8          You can answer.
9
10
11
12
13
14
15 Q.   Does Contact Utility also note whether Citibank
16 actually placed a call to any of those telephone
17 numbers?
18 A.   I don't know.  That's not the intent of the
19 database.  But I don't know.
20 Q.   Okay.  In terms of the deposition topic number
21 15, has Citibank undertaken any analysis to
22 determine whether it placed any calls through
23 Aspect to telephone numbers after they were
24 notated as wrong numbers?

Christine Head vs Citibank
Amy Mullahey March 12, 2020  Confidential

Job 31626
Pages 150..153



Page 150

Page 151

4    Q.    Okay.  Is -- is there a written report that's
5    provided as a result of a TCPA audit?
6    A.    Yes.
7    Q.    And are those reports something that Citibank
8    maintains?
9    A.    Yes, I would imagine those teams do maintain
10   them.
11   Q.    Okay.  Are there any other areas that you can
12   think of that would encompass audits or reviews
13   of outbound calls as they may touch on calls to
14   wrong or reassigned telephone numbers?
15   A.    No.  The only other one, which is really not an
16   audit or review, but we've already talked about
17   it, is the use of Neustar.
18   Q.    Right.
19   A.    I think that's probably it, or at least all that
20   I can think of right now.
21         MR. McKENNA:  Mark, it's starting to
22   warm up in this room a bit again.  I don't know
23   what they're doing with the temperature.  Are
24   you at a spot where you can take a break?

Page 152

1         MR. GREENWALD:  Yeah.  Let me ask one
2    more question, and then we can take a break and
3    we'll do the final push-through.  We're -- we're
4    getting there.  I promise.
5         MR. McKENNA:  Yeah, no, it's all
6    right.  It's just funny, when they shut the
7    door, it gets really hot in here.
8    Q.    (By Mr. Greenwald)  With respect to credit card
9    accounts and collections, does Citibank place
10   calls to people in all 50 states?
11         MR. McKENNA:  Objection to form.
12         You can answer.
13   A.    Yes, there are some restrictions, state
14   restrictions with certain states that limit
15   things like phone calls to businesses, the
16   number of calls you can place.  So all of those
17   are -- you know, we work very closely with
18   internal counsel to -- well, internal counsel
19   helps to identify those, and then we work to
20   incorporate them into our practices and policies
21   and procedures.  But...
22   Q.    Understanding that the number of calls
23   may vary, does Citibank place calls to people in
24   all 50 states through its Aspect dialer?

Page 153

1         MR. McKENNA:  Objection to form.
2         You can answer.
3    A.    I -- there are some states that -- I think there
4    are a few states that we don't, that we dial
5    using hard phones.
6    Q.    Do you know what states those are?
7    A.    I feel like Massachusetts is one of them.  Maybe
8    West Virginia.  We have documents that say all
9    of these things that I don't have memorized.
10   Q.    No problem.
11   A.    Yeah.  I think --
12   Q.    Let me ask --
13   A.    -- those are two of them.  There aren't -- there
14   aren't very many.
15   Q.    Let me ask it this way, then:  Does Citibank
16   place calls through its Aspect dialer regarding
17   credit card accounts in collections to people in
18   more than 40 states?
19         MR. McKENNA:  Objection to form.
20         You can answer.
21   A.    Yes.
22   Q.    And has that been true from August 2014 through
23   the present?
24   A.    Yes.

Page 170

1 Q. Other than TCS, are there any other vendors that
2 Citibank has used for its targeted call review?
3 A. Not in the past. Right now they might have
4 another vendor, or they're using Citi India. We
5 have a Citi site in India. But I'm not the best
6 person to ask, exactly right now, if they're
7 using somebody else.
8 I am familiar with the TCS process
9 because it's the same -- it's the same vendor
10 that I have.
11 Q. The same vendor that you have for what?
12 A. Well, it was one of the vendors we talked about
13 earlier. They make phone calls for us, and then
14 they also do a lot of -- I mentioned the bad
15 phone report. They work that report. And they
16 work a bunch of other stuff for us, back-office.
17 Q. Right. Okay. If you can turn to the last
18 exhibit.
19 A. Do we have another? This is our last exhibit.
20 MR. McKENNA: That's it.
21 MR. GREENWALD: There should be
22 Exhibit 13.
23 (DISCUSSION OFF RECORD.)
24 MR. GREENWALD: So back on the record.

Page 171

1 Q. (By Mr. Greenwald) Exhibit 13 is Citibank's
2 responses and objections to Plaintiff Christine
3 Head's second set of requests for admission.
4 Have you seen Exhibit 13 before?
5 A. Yes, as part of --
6 Q. Were you --
7 A. -- this case.
8 Q. Were you involved in providing the answers
9 reflected in Exhibit 13?
10 A. No, I was not.
11 Q. Do you know who was at Citibank?
12 A. No, I do not.
13 Q. If you can turn to page 10, request for
14 admission number 21. Is it your understanding
15 that Citibank placed calls through its Aspect
16 dialing system to more than 10,000 different
17 telephone numbers in connection with a credit
18 card account from August 2014 through October
19 2019?
20 MR. McKENNA: Objection to form.
21 A. I mean, I -- I wouldn't be the right person to
22 answer that. I didn't provide the response
23 here. And I don't have access to that data.
24 That would be, again, something that the

Page 172

1 workforce team could tell us, the team that
2 manages the Aspect system.
3 Q. Okay. So you don't -- you don't have any sense
4 of how many telephone calls Citibank has made?
5 A. Well, here, you're asking for unique telephone
6 numbers. So that's not something that I would
7 look at. I mean, I know -- I know we make, you
8 know, thousands of calls, tens of thousands of
9 calls, you know, et cetera, over the course of
10 the year. But I don't know what is unique there
11 and what's not.
12 Because, clearly, we have customers
13 that become delinquent and stay delinquent
14 through the course of much or all of that 180-
15 day period. And then some of them become
16 current, and then come back into collections.
17 So those would not be unique.
18 So I think someone would have to be
19 able to pull some sort of data to answer that
20 question. And I -- I would not be able to do
21 that.
22 Q. Okay. Do you have an understanding as to
23 whether Citibank has placed calls through its
24 Aspect dialing system regarding more than 10,000

Page 173

1 credit card accounts over the past five years?
2 A. Yes.
3 MR. McKENNA: Objection to form.
4 THE WITNESS: Sorry.
5 Q. (By Mr. Greenwald) Has Citibank placed calls
6 through its Aspect dialing system regarding more
7 than a hundred thousand credit card accounts
8 over the last five years?
9 MR. McKENNA: Objection to form.
10 You can answer.
11 A. I mean, reasonably, yes. Again, the accounts
12 are the same as phone numbers, in that, there
13 are a lot of repeats. So, I mean, at some point
14 here I'm just guessing. Because, again, you'd
15 have to look at unique account numbers the same
16 way you'd look at unique phone numbers.
17 I can tell you we have a lot of
18 delinquent customers, right? I mean, that's
19 what -- that's what our business is. Our
20 business is calling customers who are
21 delinquent. So that's probably -- I mean, and
22 that's anecdotal. That's not an exact answer,
23 because I don't -- I wouldn't have the exact
24 answer.

Page 174

1  Q.    We discussed earlier that Citibank, both onshore
2  and offshore, has at least 2,000 people making
3  outbound calls on delinquent credit card
4  accounts, right?
5  A.    Yes.
6  Q.    And each one of those people handles over a
7  hundred calls per day?
8        MR. McKENNA:  Objection to form.
9  A.    I think I said that they would -- I think the
10 question was, how many -- I think you said, how
11 many people would they talk to.  I don't
12 remember the exact ques-- something along
13 those lines, and I said maybe around a hundred,
14 because also remember they only get connects
15 that we talked about.
16        So, ideally, it would only be if
17 someone on the other end of the line answered,
18 or something -- some of those strange situations
19 occur where the Aspect system believes it's a
20 person and it gets passed through, and it's not
21 really a person, as we described some of those
22 earlier.
23 Q.    Okay.  So to be clear, then, Citibank's agents
24 are connected with at least a hundred people

Page 175

1  when working an eight-hour day in terms of
2  handling outbound calls on delinquent credit
3  card accounts; is that fair?
4  A.    Yeah.
5        MR. McKENNA:  Objection to form.
6  A.    And that's -- I think that's a ballpark
7  estimate.  Yeah.  And I think I represented it
8  as that.  I mean, clearly, also, it depends on
9  what delinquency of accounts you're working on.
10 So if you're working on accounts that are, you
11 know, one month past due versus accounts that
12 are six months past due, you're going to have a
13 higher likelihood of someone answering the
14 phone.
15        So that was my best guess that I gave
16 earlier.  It seemed like a -- it's a reasonable
17 number.  But again, we have reporting that would
18 answer that question, specifically.
19 Q.    You do have reporting in terms of the number of
20 connected calls the agents handle per day?
21
22
23
24

Page 176

1
2
3
4  Q.    Have -- have you seen any of those daily
5  reports?
6  A.    Yeah.  Those daily reports are out there
7  available to everybody.
8  Q.    Okay.  Based on your review of those daily
9  reports, do you have an estimate as to the
10 number of calls Citibank makes on a given day on
11 -- dealing with credit card accounts?
12 A.    Well, I think it depends on the day.  I looked
13 at one recently, and I think we could've made
14 maybe, like -- I'm trying to think.  Again, you
15 know, you look at these things, and you don't
16 think about them, and you don't memorize them.
17        And see, there's -- and there's a
18 difference between calls and connects.  So, I
19 mean, we could -- we could easily make a million
20 calls or more.  Yeah.  Yeah.
21        I'd have to -- and, again, you've got
22 individual portfolios, different types of work.
23 And when I say calls, that's all -- that would
24 be -- the reports are, like -- you know, these

Page 177

1  reports that give you all-in, roll-up data.  So
2  it's manual calls as well.
3        Yeah.  I wouldn't want to guess.  I
4  would say that we need to look at that report.
5  Q.    When you gave the estimation of easily a million
6  calls or more, what time period is that?  Is
7  that daily?  Weekly?  Monthly?
8  A.    I would probably say -- I don't know if we can
9  make a million a day.  I'm trying to think.  It
10 would probably be a day.
11 Q.    Okay.  And that estimation includes calls made
12 manually as well as calls made through the
13 Aspect dialer?
14 A.    Yes.
15 Q.    Is that right?
16 A.    Yes.  And those are --
17 Q.    Are they given -- are -- is Citibank placing
18 more calls manually, or through its Aspect
19 dialer?
20 A.    That's not something that I could answer.  It
21 requires a lot more FTE to call manually.  But
22 in terms of the number of calls that we're
23 placing for each, I don't know the answer to
24 that.  Again, it's something that you could find

Christine Head vs Citibank
Amy Mullahey March 12, 2020  Confidential

Job 31626
Pages 190..191

Page 190

```
1    I, Amy Mullahey, do hereby state
2    under oath that I have read the above and
3    foregoing deposition in its entirety and
4    that the same is a full, true and correct
5    transcript of my testimony.
6
7    Signature is subject to corrections on
8    attached errata sheet, if any.
9
10   Amy Mullahey
11
12   State of
13
14   County of
15
16   Sworn to and subscribed before me this
17       day of            , 2020.
18
19   Notary Public
20
21   My commission expires:
22
23
24
```

Page 191

```
1    NORTH CAROLINA
2    VANCE COUNTY
3            C E R T I F I C A T E
4    I, Marta Jean Charles, Court Reporter and Notary
5    Public, the officer before whom the foregoing proceeding
6    was conducted, do hereby certify that the witness whose
7    testimony appears in the foregoing proceeding was duly
8    sworn by me; that the testimony of said witness was
9    taken by me to the best of my ability and thereafter
10   transcribed under my supervision; and that the foregoing
11   pages, inclusive, constitute a true and accurate
12   transcription of the testimony of the witness.
13   I do further certify that I am neither counsel for,
14   related to, nor employed by any of the parties to this
15   action in which this proceeding was conducted, and
16   further, that I am not a relative or employee of any
17   attorney or counsel employed by the parties thereof, nor
18   financially or otherwise interested in the outcome of
19   the action.
20   This the 24th day of March, 2020.
21                _____
22                Marta Jean Charles
23                Court Reporter and Notary Public
24                #201026500057
```