# Ballard Spahr LLP

1225 17th Street, Suite 2300
Denver, CO 80202-5596
TEL 303.292.2400
FAX 303.296.3956
www.ballardspahr.com

Matthew A. Morr
Tel: 303.299.7366
Fax: 303.296.3956
morrm@ballardspahr.com

July 6, 2022

*By Electronic Filing*
The Honorable Roslyn O. Silver
Senior Judge
United States District Court for the District of Arizona
Sandra Day O'Connor United States Courthouse
401 West Washington Street
Phoenix, Arizona 85003

**Re:** *Head v. Citigroup Incorporated*, **No. 3:18-cv-08189-ROS**

Dear Judge Silver:

At the June 22, 2022 status conference, the Court advised that Defendant could revise its proposed notices to conform with comments the Court made at the status conference. *See* Transcript of Record at 54-55, *Head v. Citigroup Inc.* (No. 3:18-cv-08189) (Jun. 22, 2022).

The parties are meeting and conferring on Citibank's proposed revisions to see if they can reach an agreed form of notice. The parties respectfully request until July 13 to complete that process, at which time they will submit a joint proposed notice or, if there are disagreements, Citibank will submit its proposed revised notice.

Respectfully submitted,

*[signature]*

Matthew A. Morr

MAM/slc