# Ballard Spahr LLP

1225 17th Street, Suite 2300
Denver, CO 80202-5596
TEL 303.292.2400
FAX 303.296.3956
www.ballardspahr.com

Matthew A. Morr
Tel: 303.299.7366
Fax: 303.296.3956
morrm@ballardspahr.com

July 21, 2022

*By Electronic Filing*
The Honorable Roslyn O. Silver
Senior Judge
United States District Court for the District of Arizona
Sandra Day O'Connor United States Courthouse
401 West Washington Street
Phoenix, Arizona 85003

**Re:** ***Head v. Citigroup Incorporated*, No. 3:18-cv-08189-ROS**

Dear Judge Silver:

At the June 22, 2022 status conference, the Court advised that Defendant could revise its proposed notices to conform to comments the Court made regarding notice and non-customer consent. *See* Transcript of Record at 54-55, *Head v. Citigroup Inc.* (No. 3:18-cv-08189) (Jun. 22, 2022). As the parties have previously advised the Court, they have been negotiating in good faith and have made substantial progress.

As of today, July 21, 2022, Defendant believes the parties have reached an agreement on three of the four proposed notice documents. In addition, the parties have made significant progress and are in encouraging discussions on the fourth notice document. The parties anticipate being able to submit all four documents to the Court on or before July 29.

Respectfully submitted,

*[signature]*

Matthew A. Morr

MAM/slc