Michael L. Greenwald (admitted pro hac vice)
Aaron D. Radbil (admitted pro hac vice)
GREENWALD DAVIDSON RADBIL PLLC
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
Telephone: (561) 826-5477
mgreenwald@gdrlawfirm.com
aradbil@gdrlawfirm.com

Counsel for Plaintiff Christine Head and the Class

John G. Kerkorian (012224)
Daniel JT McKenna (admitted pro hac vice)
Matthew A. Morr (admitted pro hac vice)
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: (602) 798-5400
kerkorianj@ballardspahr.com
mckennad@ballardspahr.com
morrm@ballardspahr.com

Counsel for Defendant Citibank, N.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Head, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Citibank, N.A.,<br><br>Defendant. | NO. CV-18-08189-ROS<br><br>**JOINT STATUS REPORT** |

1

Plaintiff Christine Head and Defendant Citibank, N.A. ("Citibank") (together, the "Parties") submit the following Joint Status Report.

During the June 22, 2022 status conference, the Court ordered Citibank to produce data necessary to effectuate class notice, and to that end, ordered the Parties to submit a proposed order regarding the same.

On July 6, 2022, the Parties submitted the proposed order (Dkt. 163). The proposed order provides that the parties will file a status report every 30 days from the date of the Order. While the Court has not entered the proposed order as an Order of the Court, the Parties provide the Court with the following status update.

The parties are in the process of meeting and conferring regarding the proper information security plan. Plaintiff has provided Citibank with information regarding KCC's information security plan and Citibank has asked for follow up information. The parties will continue to meet and confer regarding the sufficiency of the information security plan as set forth in the proposed order.

RESPECTFULLY SUBMITTED this 5th day of August, 2022.

| GREENWALD DAVIDSON RADBIL PLLC | BALLARD SPAHR LLP |
|---|---|
| By: /s/ Michael L. Greenwald<br>Michael L. Greenwald (Admitted Pro Hac Vice)<br>Aaron D. Radbil (Admitted Pro Hac Vice)<br>7601 N. Federal Highway<br>Suite A-230<br>Boca Raton, FL 33487<br><br>*Attorneys for Plaintiff Christine Head and the Class* | By: /s/ Matthew A. Morr<br>Daniel JT McKenna (Admitted Pro Hac Vice)<br>Matthew A. Morr (Admitted Pro Hac Vice)<br>John G. Kerkorian (012224)<br>1 East Washington Street<br>Suite 2300<br>Phoenix, AZ 85004-2555<br><br>*Attorneys for Defendant Citibank, N.A.* |

## CERTIFICATE OF SERVICE

I certify that on August 5, 2022, the foregoing document was filed with the Court using CM/ECF, which will send notification of such to counsel of record.

<em>/s/ Sherri L. Clark</em><br>Sherri L. Clark