Michael L. Greenwald (admitted pro hac vice)
Aaron D. Radbil (admitted pro hac vice)
GREENWALD DAVIDSON RADBIL PLLC
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
Telephone: (561) 826-5477
mgreenwald@gdrlawfirm.com
aradbil@gdrlawfirm.com

Counsel for Plaintiff Christine Head and the Class

John G. Kerkorian (012224)
Daniel JT McKenna (admitted pro hac vice)
Matthew A. Morr (admitted pro hac vice)
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: (602) 798-5400
kerkorianj@ballardspahr.com
mckennad@ballardspahr.com
morrm@ballardspahr.com

Counsel for Defendant Citibank, N.A.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Head, on behalf of herself and others similarly situated,<br><br>            Plaintiff,<br><br>      vs.<br><br>Citibank, N.A.,<br><br>            Defendant. | NO. CV-18-08189-ROS<br><br>**JOINT STATUS REPORT** |

Pursuant to the Order dated August 9, 2022 and filed on August 10, 2022 (Dkt. 168), Plaintiff Christine Head and Defendant Citibank, N.A. ("Citibank") (together, the "Parties") submit the following Joint Status Report.

On August 19, 2022, the Parties completed their meet and conferral regarding KCC's information security plan and are in the process of moving forward with the next steps outlined in the Order. To that end, in accordance with the Order, the parties are meeting and conferring regarding the manner and format for Citibank's production. Absent any disputes, Citibank intends, on or before September 18, 2022, to make the production and provide the explanation contemplated by the Order. *See* Dkt. 168 at 2 "Within 30 days of KCC establishing its sufficient security plan, Citibank must produce directly to KCC, in a manner and format to be mutually agreed upon by the Parties and KCC: (1) all cellular telephone numbers in Citibank's Contact Utilities Database to which Citibank attempted to deliver a prerecorded message in connection with a past-due credit card account during the class period that reflect a change of phone indicator code to "B" or "N" between November 2, 2017 and January 28, 2022; and (2) the date(s) of the phone indicator change(s). At the same time, Citibank must notify Plaintiff of the number of unique telephone numbers it provided to KCC and an explanation of its process for gathering the telephone numbers and associated name, address, and account number information.").

In accordance with the Order, the parties will "meet and confer in good faith regarding any dispute over the process implemented." *Id.*

RESPECTFULLY SUBMITTED this 8th day of September, 2022.

GREENWALD DAVIDSON RADBIL PLLC

BALLARD SPAHR LLP

By: */s/Michael L. Greenwald*
Michael L. Greenwald (Admitted Pro Hac Vice)
Aaron D. Radbil (Admitted Pro Hac Vice)

By: */s/ Matthew A. Morr*
Daniel JT McKenna (Admitted Pro Hac Vice)
Matthew A. Morr (Admitted Pro Hac Vice)
John G. Kerkorian (012224)
1 East Washington Street

5550 Glades Road                    Suite 2300
Suite 500                                    Phoenix, AZ 85004-2555
Boca Raton, FL 33431

*Attorneys for Plaintiff*              *Attorneys for Defendant Citibank, N.A.*
*Christine Head and the Class*

**CERTIFICATE OF SERVICE**

I certify that on September 8, 2022, the foregoing document was filed with the Court using CM/ECF, which will send notification of such to counsel of record.

*/s/ Sherri L. Clark*
Sherri L. Clark