Michael L. Greenwald (admitted pro hac vice)
Aaron D. Radbil (admitted pro hac vice)
GREENWALD DAVIDSON RADBIL PLLC
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
Telephone: (561) 826-5477
mgreenwald@gdrlawfirm.com
aradbil@gdrlawfirm.com

Counsel for Plaintiff Christine Head and the Class

John G. Kerkorian (012224)
Daniel JT McKenna (admitted pro hac vice)
Matthew A. Morr (admitted pro hac vice)
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: (602) 798-5400
kerkorianj@ballardspahr.com
mckennad@ballardspahr.com
morrm@ballardspahr.com

Counsel for Defendant Citibank, N.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Head, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>Citibank, N.A.,<br><br>    Defendant. | NO. CV-18-08189-ROS<br><br>**JOINT STATUS REPORT [RE: DKT 168]** |

1

Pursuant to the Order dated August 9, 2022 and filed on August 10, 2022 (Dkt. 168) (the "Order"), and following the September 8, 2022 Joint Status Report (Dkt. 169), Plaintiff Christine Head and Defendant Citibank, N.A. ("Citibank") (together, the "Parties") submit the following Joint Status Report.

Citibank produced the data contemplated by the Order to KCC, notified Plaintiff of the number of unique cellular telephone numbers it provided to KCC and provided an explanation of its process for gathering the data. *See* Dkt. 168 at 2. The parties understand that KCC is in the process of performing reverse look-ups of the telephone numbers Citibank provided as contemplated under the Order. *Id.*

In accordance with the Order, the parties will "meet and confer in good faith regarding any dispute over the process implemented." *Id.*

RESPECTFULLY SUBMITTED this 7th day of October, 2022.

| | |
|---|---|
| GREENWALD DAVIDSON RADBIL PLLC | BALLARD SPAHR LLP |
| By: */s/ Michael L. Greenwald* <br> Michael L. Greenwald (Admitted Pro Hac Vice) <br> Aaron D. Radbil (Admitted Pro Hac Vice) <br> 5550 Glades Road, Suite 500 <br> Boca Raton, FL 33431 | By: */s/ Daniel JT McKenna* <br> Daniel JT McKenna (Admitted Pro Hac Vice) <br> Matthew A. Morr (Admitted Pro Hac Vice) <br> John G. Kerkorian (012224) <br> 1 East Washington Street <br> Suite 2300 <br> Phoenix, AZ 85004-2555 |
| *Attorneys for Plaintiff Christine Head and the Class* | *Attorneys for Defendant Citibank, N.A.* |